JAMES McMAHON, Respondent, *v.* DELAWARE, LACKAWANNA AND WESTERN RAILROAD COMPANY, Appellant.

*McMahon* v. *Delaware, L. & W. R. R. Co.*, 132 App. Div. 944, affirmed.
(Argued October 13, 1910; decided October 28, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 8, 1909, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant, his employer.

*Louis L. Babcock* and *Evan Hollister* for appellant.

*Edward R. O'Malley* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* VITO CARLO, Appellant.

*People* v. *Carlo*, 136 App. Div. 899, affirmed.
(Argued October 13, 1910; decided October 28, 1910,)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered December 30, 1909, which affirmed a judgment of the Kings County Court rendered upon a verdict convicting the defendant of the crime of knowingly having in his possession paraphernalia commonly used in the playing of policy, in violation of section 344a of the Penal Code.

*Joseph F. Conran* for appellant.

*John F. Clarke, District Attorney (Peter P. Smith* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.